### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | |
|---|---|
| NOBOTS LLC, | Case No. 6:21-cv-1290-ADA |
| *Plaintiff*, | Jury Trial Demanded |
| v. | |
| GOOGLE LLC, | |
| *Defendant*. | |

### JOINT MOTION TO TRANSFER VENUE TO AUSTIN DIVISION

Plaintiff Nobots LLC and Defendant Google LLC (together, the "Parties") jointly request that the above-captioned action, Case No. 6:21-cv-1290 (hereinafter, this "Action"), be transferred to the United States District Court for the Western District of Texas, Austin Division, and would respectfully show as follows:

WHEREAS, on December 13, 2021, Nobots filed a Complaint against Google alleging infringement of U.S. Patent Nos. 9,595,008 and 10,423,885;

WHEREAS, on March 23, 2022, Google filed an Opposed Motion to Transfer Venue to the Northern District of California Under 28 U.S.C. § 1404(a);

WHEREAS, 28 U.S.C. § 1404(a) provides that, "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or *to any district or division to which all parties have consented*" (emphasis added);

WHEREAS, counsel for the Parties have conferred about venue in this Action and have agreed that this Action be transferred in its entirety to the United States District Court for the Western District of Texas, Austin Division;

WHEREAS, for purposes of this Action only, the Parties agree not to contest venue in the United States District Court for the Western District of Texas, Austin Division, and the Parties agree not to, and waive any rights to, further move to transfer this action from the United States District Court for the Western District of Texas, Austin Division, to any other venue, district, or division pursuant to 28 U.S.C. § 1404 or § 1406;

WHEREAS, the Parties agree that—pending any subsequent order of the United States District Court for the Western District of Texas, Austin Division—the dates set forth in the current Scheduling Order in this Action (Dkt. 38) shall remain in effect;[1]

NOW, THEREFORE, Nobots and Google, through each Party's respective counsel, jointly move this Court to enter an Order transferring this Action to the United States District Court for the Western District of Texas, Austin Division, a Court of competent jurisdiction and proper venue for this action.

Dated: June 1, 2022

By: /s/ Andres Healy
Charles L. Ainsworth (Texas 00783521)
Robert Christopher Bunt (Texas 00787165)
PARKER, BUNT & AINSWORTH, P.C.
100 East Ferguson, Suite 418
Tyler, Texas 75702
Tel: (903) 531-3535
Email: charley@pbatyler.com
Email: rcbunt@pbatyler.com

Matthew R. Berry
Andres Healy
John E. Schiltz
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000

Respectfully submitted,

By: /s/ Brian C. Banner
Darryl J. Adams (TX Bar No. 00796101)
dadams@sgbfirm.com
Brian C. Banner (TX Bar No. 24059416)
bbanner@sgbfirm.com
SLAYDEN GRUBERT BEARD PLLC
401 Congress Ave., Suite 1650
Austin, Texas 78701
Telephone: 512-402-3569
Facsimile: 512-402-6865

Zachary M. Briers (*pro hac vice*)
zachary.briers@mto.com
Heather E. Takahashi (*pro hac vice*)
heather.takahashi@mto.com
MUNGER, TOLLES & OLSON LLP

---

[1] Nothing in this provision prohibits either party from moving the Court to enter a new or modified scheduling order or stay the case, and neither party waives the right to do so.

Tel: (206) 516-3880
Fax: (206) 516-3883
Email: mberry@susmangodfrey.com
Email: ahealy@susmangodfrey.com
Email: jschiltz@susmangodfrey.com

Komal Patel (admitted *pro hac vice*)
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Phone: (212) 336-8330
Fax: (212) 336-8340
Email: kpatel@susmangodfrey.com

***Attorneys for Nobots LLC***

350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: 213-683-9100
Facsimile: 213-687-3702

Evan Mann (*pro hac vice)*
evan.mann@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Telephone: 415-512-4000
Facsimile: 415-512-4077

Gregory T.S. Bischoping (*pro hac vice*)
gregory.bischoping@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW, Suite 500 E
Washington, DC 20001
Telephone: 202-220-1100
Facsimile: 202-220-2300

***Attorneys for Defendant Google LLC***

## CERTIFICATE OF SERVICE

    I hereby certify that on June 1, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, and the forgoing was served via e-mail therefrom to all counsel of record.

*/s/ Brian C. Banner*