# EXHIBIT 10

US007373524B2

(12) **United States Patent**
**Motsinger et al.**

(10) **Patent No.:** **US 7,373,524 B2**
(45) **Date of Patent:** **May 13, 2008**

(54) **METHODS, SYSTEMS AND COMPUTER PROGRAM PRODUCTS FOR MONITORING USER BEHAVIOR FOR A SERVER APPLICATION**

(75) Inventors: **David Lee Motsinger**, Raleigh, NC (US); **David Byron Logan**, Chapel Hill, NC (US); **Kenneth Robert Gramley**, Cary, NC (US); **Garth Douglas Somerville**, Cary, NC (US); **Albert Ming Choy**, Raleigh, NC (US); **Douglas Wayne Hester**, Cary, NC (US); **Virgil Montgomery Wall, Jr.**, Apex, NC (US); **Byron Lee Hargett**, Apex, NC (US)

(73) Assignee: **Covelight Systems, Inc.**, Cary, NC (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 629 days.

(21) Appl. No.: **10/785,132**

(22) Filed: **Feb. 24, 2004**

(65) **Prior Publication Data**

US 2005/0188423 A1 Aug. 25, 2005

(51) **Int. Cl.**
***G06F 9/00*** (2006.01)

(52) **U.S. Cl.** ...................... **713/194**; 713/188; 713/189; 713/193

(58) **Field of Classification Search** ................ 713/194, 713/188, 189, 193
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,956,709 A 9/1999 Xue
6,052,730 A 4/2000 Felciano et al.
6,240,450 B1 5/2001 Sharples et al.
6,281,790 B1 8/2001 Kimmel et al.
6,286,046 B1 9/2001 Bryant
6,405,318 B1 6/2002 Rowland
6,549,208 B2 4/2003 Maloney et al.
6,609,246 B1 8/2003 Guhr et al.
2001/0037358 A1 11/2001 Clubb et al.
2001/0044309 A1 11/2001 Bar et al.

(Continued)

FOREIGN PATENT DOCUMENTS

CA 2383431 3/2001

(Continued)

OTHER PUBLICATIONS

Lam et al., "Multivariate Data Analysis Software for Enhancing System Security," J. Systems Software, p. 267-275 (1995).

(Continued)

*Primary Examiner*—Thomas R. Peeso
(74) *Attorney, Agent, or Firm*—Jenkins, Wilson, Taylor & Hunt, P.A.

(57) **ABSTRACT**

Methods, systems and computer program products are disclosed for monitoring user behavior for a server application in a computer network. The methods, systems, and computer program products can monitor communication data between a server application and a client. The methods, systems, and computer program products can also include applying one or more detectors to the communication data to identify a variety of predetermined activity. Further, the methods, systems, and computer program products can include generating a threat score associated with the predetermined activity by comparing the identified predetermined activity with a security threshold criteria.

**54 Claims, 98 Drawing Sheets**



# METHODS, SYSTEMS AND COMPUTER PROGRAM PRODUCTS FOR MONITORING USER BEHAVIOR FOR A SERVER APPLICATION

## RELATED APPLICATIONS

The disclosures of the following U.S. patent applications, commonly owned and simultaneously filed herewith, are all incorporated by reference herein: U.S. patent applications entitled "Methods, Systems and Computer Program Products for Monitoring a Server Application," U.S. patent application Ser. No. 10/785,242; "Methods, Systems and Computer Program Products for Geography and Time Monitoring of a Server Application User," U.S. patent application Ser. No. 10/785,799; "Methods, Systems and Computer Program Products for Monitoring User Login Activity for a Server Application," U.S. patent application Ser. No. 10/785,584; "Methods, Systems and Computer Program Products for Monitoring Usage of a Server Application," U.S. patent application Ser. No. 10/785,840; "Methods, Systems and Computer Program Products for Monitoring Protocol Responses for a Server Application," U.S. patent application Ser. No. 10/785,651; and "Methods, Systems and Computer Program Products for Monitoring User Access for a Server Application," U.S. patent application Ser. No. 10/785,843.

## TECHNICAL FIELD

The subject matter disclosed herein relates generally to computer network security. More particularly, the subject matter disclosed herein relates to methods, systems and computer program products for monitoring user behavior for a server application.

## BACKGROUND ART

The ease, accessibility, and convenience of the Internet have rapidly changed the way people use computers and access information. The World Wide Web (WWW), often referred to as "the web", is one of the most popular means for retrieving information on the Internet. The web gives users or clients access to an almost infinite number of resources such as interlinked hypertext documents or server documents retrieved via a hypertext transfer protocol (HTTP) from servers located around on the world. The web operates in a basic client-server format, wherein servers are dedicated computers or individual computer applications that execute resources in a certain matter, such as storing and transmitting web documents or binary objects, to client computers or web-enabled devices on the network. For example, a user or client can interact with a server, or web server, through a web browser on a web-enabled device in order to view retrieved information or to request an application on the web server to operate in a desired manner.

Documents on the web, referred to as web pages, are typically written in a hypertext markup language (HTML) or similar mark-up language, and identified by uniform resource locators (URLs) or uniform resource identifiers (URIs) that specify a particular computer and pathname by which a file or resource can be accessed. Codes, often referred to as tags, embedded in an HTML document associate particular words and images in the document with URLs so that a user or client can access another file or page by pressing a key or clicking a mouse button. These files generally comprise text, images, videos, and audio, as well



as applets or other embedded software programs, written in for example, Java or ActiveX, that execute when the user or client activates them by clicking on a hyperlink. A user or client viewing a web page can also interact with components that, for example, forward requested information supplied by the client to a server through the use of forms, download files via file transfer protocol (FTP), facilitate user or client participation in chat rooms, conduct secure business transactions, and send messages to other users or clients via e-mail by using links on the web page.

A web server and surrounding network environment can be vulnerable to attack from malicious or irresponsible individuals via one or more web-enabled devices communicating with the web server. This is referred to as "web hacking" and generally involves taking advantage of mistakes or vulnerabilities in web design through a web application on the web server. Web hacking is different from traditional system or application hacking because an attack generally takes place via application layer protocols. Generally, the easier it is for clients to talk or interact directly to the server applications through a web page or any other suitable type of computer-readable data, the easier it is for someone to hack into those applications. Typical attacks include defacing a page by deleting graphics and replacing them with doctored, sometimes lurid, graphics; altering or stealing password files; deleting data files; pirating copyrighted works; tampering with credit and debit card numbers, or other customer information; publicizing private business information; accessing confidential or unauthorized information; searching through internal databases; data mining; using the web application as a vehicle to attack other users or clients; and denial of service attack. Thus, web hacking causes inconvenience and perhaps irreversible damage to users, clients, customers, businesses, and operators of the web server. Generally, conventional computer security methods fail to properly address or completely ignore web hacking concerns.

The International Standards Organization (ISO) developed a set of protocol standards designed to enable computers to connect with one another and to exchange information with as little error as possible. The protocols generally accepted for standardizing overall computer communications are designated in a seven-layer set of hardware and software guidelines known as the open systems interconnection (OSI) model. This protocol model forms a valuable reference and defines much of the language used in data communications. The application layer is the highest layer of standards in the OSI model. The OSI model also includes the data link layer, the physical layer, the session layer, and the transport layer.

Conventional security methods are typically implemented between either the data link layer and physical layer by using a firewall or the session and transport layers by using a secure socket layer (SSL) or public key infrastructure (PKI). A firewall is a type of security implementation intended to protect a trusted environment, network, or web server against external threats at the data link layer originating from another network, such as the Internet. A firewall prevents computers behind the firewall from communicating directly with computers external to the protected environment, network, or web server. Instead, all communications are routed through a proxy server outside of a trusted environment, network, or web server. The proxy server decides whether it is safe to let a particular message type or file type pass through, based on a set of filters, to the trusted environment, network, or web or application server.

SSL is an open standard developed by Netscape Communications Corporation of Mountain View, Calif., for establishing a secure and encrypted communications channel to prevent the interception of critical information, such as credit card information. The primary purpose of using SSL is to enable secure and encrypted electronic transactions on public networks, such as the web. A public key infrastructure or trust hierarchy is a system of digital certificates, certificate authorities, and other registration authorities that verify and authenticate each party involved in a communication session. PKIs are currently evolving and there is no single PKI nor even a single agreed-upon standard for setting up a PKI. One drawback of the above noted conventional technologies is that they do not perform an inspection of the application layer protocol, i.e., they do not scrutinize the application content of an incoming request. Therefore, these technologies cannot prevent web hacking attacks directed through the application content of an operation request.

Web hackers can easily attack computer systems by exploiting flaws and vulnerabilities in web design. For example, default scripts may allow files to be uploaded onto a web server; a web server's treatment of environmental variables may be exploited; and the existences of 'backdoors' or flaws in third party products allow unauthorized access. These techniques can be potent attacks and are generally difficult to defend against through conventional means. Each month new software vulnerabilities are discovered, but many system operators typically leave these holes unpatched and their systems open to preventable attacks. Major corporations and government agencies utilizing well configured firewalls, PKI, and SSL implementations have been infiltrated by hackers using known application layer intrusions. These intrusions typically involve illegal and harmful requests that are sent to an application forcing it to execute out of its intended or authorized scope of operation. This may exploit the application to damage itself, files, buffers, other applications, performance, or confidentiality of information.

Two conventional approaches attempt to address some of these problems. One technique involves tracking a server operating system to identify suspicious events such as deleting a file or formatting a disk. However, this type of reactionary technique typically activates only after damage has commenced or been completed. A second technique involves the installation of a network filter in front of an application and updating the filter database with known patterns that can affect the application. However, this technique is limited in that it is unable to identify patterns, which are not yet "known" by the filter database. In other words, the capability of this technique is directly related to the comprehensiveness of the filter database that it draws the patterns from. To increase capability, the filter database requires continual updating. Further, these techniques will not protect against manipulations of environmental variables or the application's implemented business process. These techniques also fail to account for and protect against vulnerabilities in the application itself such as input validation errors, authentication errors, authorization errors, and lack of usage policy enforcement.

In addition, conventional security solutions typically fail to address the increased hacking opportunities caused by the proliferation of electronic commerce (e-commerce), mobile, interactive television (iTV) applications, and web services applications. These applications generally require the combination of numerous components operating on different platforms all working together using different technologies. For example, a single application can comprise a plurality of components, such as, a web server application; transaction server application; database; and Java, ActiveX, and Flash applets all working together. Generally, conventional security solutions are unable to meet the unique security needs of each component in a multiple component system.



Based on the foregoing, it is apparent that it can be difficult to anticipate, recognize, or prevent all types of web or server hacking. Therefore, it is desirable to provide a system for monitoring communication between an application server and client application to alert operators to suspect activity. It is also desirable to provide a system for associating suspect activity with a particular web-enabled device, client, user name, or user session.

## SUMMARY

Embodiments of methods, systems, and computer program products are disclosed for monitoring a server application in a computer network. The methods, systems, and computer program products can monitor communication data between a server application and a client. The methods, systems, and computer program products can also include applying one or more detectors to the communication data to identify a variety of predetermined activity. Further, the methods, systems, and computer program products can include generating a threat score associated with the predetermined activity by comparing the identified predetermined activity with a security threshold criteria.

Some embodiments of methods, systems, and computer program products disclosed herein can monitor login session activity for a client of a server application. The methods, systems, and computer program products can identify one geographic location of a client initiating a login session. The methods, systems, and computer program products can also identify another geographic location of the same client or a different client initiating another login session. The identified geographic locations can be analyzed to identify any geographic difference. A time interval between the initiation of the first login session and the second login session can be identified. The geographical difference and the time interval can be analyzed for determining whether to generate a threat score.

Some other embodiments of methods, systems, and computer program products disclosed herein can detect abnormal activity of a server application. The methods, systems, and computer program products can measure an activity of a server application user over a period of time to generate a measurement of the activity. Next, the methods, systems, and computer program products can measure the same activity of the server application user over another period of time to generate another measurement of the activity. Next, whether the first and second measurements deviate a predetermined amount in order to detect abnormal activity for the server application user can be determined. If abnormal activity is detected, a threat score can be generated.

Other embodiments of methods, systems, and computer program products disclosed herein can monitor user login activity for a server application. Communication data between a server application and a client can be received. User login failures between the server application and the client can be monitored during an established session. Further, when the number of user login failures exceeds a predetermined number can be detected. If the number of user login failures exceeds the predetermined number, a threat score can be generated.

Other embodiments of methods, systems, and computer program products disclosed herein can monitor server appli-

cation. A predetermined activity can be identified from communication data between a server application and a client over a predetermined time. An activity measurement can be generated. The identified activity can be compared to a predetermined activity. Based on the comparison, a threat score can be generated.

Some other embodiments of methods, systems, and computer program products disclosed herein can monitor protocol response codes for a server application. Protocol response codes in communication data between a server application and a client during a session can be monitored. The number of protocol response codes during the session can be determined. Next, the number of protocol response codes can be compared to a set number. Based on the comparison, a threat score can be generated.

Other embodiments of methods, systems, and computer program products disclosed herein can flag a client of a server application. Whether an identified client is in data communication with a server application over a computer network can be determined. If the identified client is in data communication, the client can be flagged.

It is therefore an object to provide novel methods, systems, and computer program products for monitoring a server application. This and other objects are achieved, in whole or in part, by the subject matter disclosed herein.

## BRIEF DESCRIPTION OF THE DRAWINGS

Exemplary embodiments of the subject matter will now be explained with reference to the accompanying drawings, of which:

FIG. **1**A is a schematic diagram of a communications network including a security system for monitoring a server application;

FIG. **1**B is a schematic diagram of a network including a security system for monitoring a web application;

FIG. **2** is a schematic diagram of a security system according to one embodiment;

FIG. **3** is a flow chart which illustrates an exemplary process for executing the blades of a security system;

FIG. **4** is a flow chart which illustrates an exemplary process for parsing packets into HTTP requests and responses;

FIG. **5** is a flow chart which illustrates an exemplary process for filtering incoming packets;

FIG. **6** is a flow chart which illustrates an exemplary process for associating received network traffic with user sessions established between a web server and one or more web-enabled devices;

FIG. **7** is a flow chart which illustrates an exemplary process for associating network traffic with particular user login sessions;

FIG. **8** is a flow chart which illustrates an exemplary process for detecting and triggering when a user has properly logged into a monitored application;

FIG. **9** is a flow chart which illustrates an exemplary process for detecting and triggering when a login attempt fails;

FIG. **10** is a flow chart which illustrates an exemplary process for detecting and triggering when a user has properly logged off a monitored application;

FIG. **11** is a flow chart which illustrates an exemplary process for detecting when the number of login failures during a single session exceeds a predetermined number;

FIG. **12**A is a flow chart which illustrates an exemplary process for determining a normal login failure rate for all sessions;

FIG. **12**B is a flow chart which illustrates an exemplary process for triggering when the login failure rate for a user is not in accordance with an observed login failure rate for the session observed by the process of FIG. **12**A;

FIG. **13** is a flow chart which illustrates an exemplary process for detecting when the number of login failures using the same user identification exceeds a predetermined number over a period of time;

FIG. **14** is a flow chart which illustrates an exemplary process for detecting when the number of login failures for the web application for all users exceeds a predetermined number over a period of time;

FIG. **15**A is a flow chart illustrating a process for triggering based on failed logins from any single IP address;

FIG. **15**B is a flow chart illustrating a process for triggering when a user has logged in more than once at the same time;

FIG. **15**C is a flow chart illustrating a process for triggering when subsequent logins occur by the same user from different IP addresses;

FIGS. **16**A and **16**B are a flow charts which illustrate exemplary processes operating in combination for detecting and triggering when a user's login time is not in accordance with observed login time behavior for the user;

FIGS. **17**A and **17**B illustrate flow charts of exemplary processes operating in combination for detecting and triggering the number of requests for a web page is abnormal;

FIG. **18** is a flow chart which illustrates an exemplary process for determining and triggering when the number of requests within a single session exceeds a predetermined number during a period of time;

FIGS. **19**A and **19**B are flow charts of exemplary processes operating in combination for triggering and detecting when a user session duration deviates from expected user behavior;

FIGS. **20**A and **20**B illustrate flow charts of exemplary processes for detecting and triggering when a user session duration deviates from an expected user session duration based on all users;

FIG. **21** is a flow chart which illustrates an exemplary process for triggering when a user's session duration exceeds a predetermined period of time;

FIGS. **22**A and **22**B are flow charts of exemplary processes operating in combination for detecting and triggering when user activity in a session deviates from expected or normal user activity for all user sessions;

FIGS. **23**A and **23**B illustrate flow charts of exemplary processes operating in combination for detecting and triggering when user activity deviates from expected user activity for a user;

FIG. **24** is a flow chart of an exemplary process for determining when the rate of web page errors is higher than normal;

FIG. **25** is a flow chart of an exemplary process for detecting and triggering when a user session changes to a different IP address;

FIG. **26** is a flow chart of an exemplary process for detecting and triggering when a session ID is requested that has not been issued by a web server;

FIG. **27** is a flow chart of an exemplary process for detecting and triggering when the total number of HTTP response codes or errors within a user session exceeds a predetermined number or specified limit;

FIG. **28** is a flow chart of an exemplary process for detecting and triggering when the number of individual response codes within one user session exceeds a predetermined number;

FIG. **29** is a flow chart of an exemplary process for detecting and triggering when selected HTTP response codes for each web page in the monitored web application exceeds a predetermined number during a predetermined time period;

FIG. **30** is a flow chart which illustrates an exemplary process for detecting and triggering when the total number of selected HTTP response codes against each web page exceeds a predetermined number;

FIG. **31** is a flow chart which illustrates an exemplary process for detecting and triggering when suspect HTTP methods are used in requests;

FIG. **32** is a flow chart which illustrates an exemplary process for flagging users of the monitored web application;

FIGS. **33**A and **33**B are flow charts of exemplary processes operating in combination for detecting and triggering when a session cookie returned from the web application has been modified;

FIGS. **34**A and **34**B are flow charts of exemplary processes operating in combination for detecting and triggering application forms issued during a session that have been manipulated;

FIG. **35** is a flow chart which illustrates an exemplary process for detecting and triggering when a web crawler begins scanning a web application;

FIG. **36** is a flow chart which illustrates an exemplary process for detecting and triggering when users are accessing a web application from an IP address that has been disallowed;

FIG. **37** is a flow chart which illustrates an exemplary process for detecting and triggering when a flagged user logs in to a web application;

FIG. **38** is a flow chart which illustrates an exemplary process for flagging users of the monitored web application;

FIG. **39** is a screen display of summary tables of a monitored web application;

FIG. **40**A is a screen display of an active sessions page;

FIG. **40**B is a screen display for showing active sessions and completed sessions;

FIG. **40**C is a screen display for showing sessions grouped according to client IP address;

FIG. **40**D is a screen display for showing sessions grouped according to time of occurrence;

FIG. **41** is a screen display of an entry in user sessions table;

FIG. **42** is a screen display of an active users page;

FIG. **43** is a screen display of an entry for a user login name;

FIG. **44** is a screen display of recent potential threats to the web pages of the monitored web application;

FIG. **45** is a screen display of an entry in a table shown in FIG. **44**;

FIG. **46**A is a screen display of recent potential threats to a monitored web application;

FIG. **46**B is a screen display for showing threats grouped according to a triggering detector;

FIG. **46**C is a screen display for showing threats grouped according to the page that the threats were targeted against;

FIG. **46**D is a screen display for showing threats grouped according to a triggering client;

FIG. **46**E is a screen display for showing threats grouped according to the server;

FIG. **46**F is a screen display for showing threats grouped according to date;

FIG. **47** is a screen display of an entry shown in FIG. **46**A;

FIG. **48** is a screen display of a transaction summary table of a monitored web application;

FIG. **49** is a screen display of transaction details;

FIG. **50** is a screen display of network information for a monitored web application;

FIG. **51** is a screen display for configuring password and interface settings;

FIG. **52** is a screen display for configuring one or more web servers for monitoring;

FIG. **53** is a screen display showing configuration for a mail server to allow the sensor to send e-mail alerts and daily reports of activity;

FIG. **54** is a screen display for setting time for a security system;

FIG. **55** is a screen display showing a software upgrade feature by which an operator can patch or upgrade a security system by browsing to a patch file and uploading it to the security system;

FIG. **56** is a screen display for controlling a security system;

FIG. **57** is a screen display for configuring a security system to monitor one or more web pages;

FIG. **58** is a screen display for configuring page recognition;

FIG. **59** is a screen display for configuring a security system to monitor different types of sessions;

FIG. **60** is a screen display for user authentication configuration;

FIG. **61** is a screen display for configuring a security system with an IP address;

FIG. **62** is a screen display for configuring operators for a security system;

FIG. **63** is a screen display for configuring details of an operator account;

FIG. **64** is a screen display for configuring lists for e-mailing alerts and daily reports;

FIG. **65** is a screen display for listing an audit history of actions taken by operators;

FIG. **66** is a screen display for generating two daily reports to e-mail to selected operators;

FIG. **67** is a screen display for listing installed detectors;

FIG. **68** is a screen display for displaying and allowing operators to change a detector configuration;

FIG. **69** is a screen display for adjusting threat scores;

FIG. **70** is a screen display for displaying a user access list; and

FIG. **71** is a screen display for showing user access list details.

## DETAILED DESCRIPTION

In accordance with the subject matter disclosed herein, systems and methods for monitoring web applications are provided. The systems and methods according to the subject matter disclosed herein will be explained in the context of flow charts, diagrams, and screen displays. It is understood that the flow charts, diagrams, and screen displays can be implemented in hardware, software, or a combination of hardware and software. Thus, the present subject matter can include computer program products comprising computer-executable instructions embodied in computer-readable media for performing the steps illustrated in each of the flow charts, implementing the machines illustrated in each of the diagrams, or generating screen displays. In one embodiment, the hardware and software for monitoring web applications is located in a computer operable to retrieve traffic from a network such as the Internet.

According to one embodiment, the subject matter disclosed herein can be employed in Internet, an intranet, a