# EXHIBIT 13

QA
76.73
.J39
V56
2002

ALEXANDER J. VINCENT

# JavaScript

## DEVELOPER'S DICTIONARY

DISCARDED ITEM
SVC - LRC

SAMS 201 West 103rd Street, Indianapolis, Indiana 46290

SAUK VALLEY CC
LRC

## JavaScript Developer's Dictionary

**Copyright © 2002 by Sams Publishing**

All rights reserved. No part of this book shall be reproduced, stored in a retrieval system, or transmitted by any means, electronic, mechanical, photocopying, recording, or otherwise, without written permission from the publisher. No patent liability is assumed with respect to the use of the information contained herein. Although every precaution has been taken in the preparation of this book, the publisher and author assume no responsibility for errors or omissions. Neither is any liability assumed for damages resulting from the use of the information contained herein.

International Standard Book Number: 0-672-32201-3

Library of Congress Catalog Card Number: 2001094226

Printed in the United States of America

First Printing: June 2002

04 03 02 6 5 4 3

## Trademarks

All terms mentioned in this book that are known to be trademarks or service marks have been appropriately capitalized. Sams Publishing cannot attest to the accuracy of this information. Use of a term in this book should not be regarded as affecting the validity of any trademark or service mark.

## Warning and Disclaimer

Every effort has been made to make this book as complete and as accurate as possible, but no warranty or fitness is implied. The information provided is on an "as is" basis. The authors and the publisher shall have neither liability nor responsibility to any person or entity with respect to any loss or damages arising from the information contained in this book.

**Acquisitions Editors**
*Patricia Barnes*
*Shelley Johnston*

**Development Editor**
*Jonathan Steever*

**Managing Editor**
*Charlotte Clapp*

**Project Editors**
*Sheila Schroeder*
*Tricia Liebig*

**Copy Editor**
*Kate Givens*

**Indexer**
*Becky Hornyak*

**Proofreader**
*Linda Seifert*

**Technical Editors**
*Martin Honnen*
*Jason Byars*
*Andrew Watt*

**Team Coordinator**
*Amy Patton*

**Interior Design**
*Gary Adair*

**Cover Design**
*Alan Clements*

**Production**
*Ayanna Lacey*

## Properties

The `EventListener` interface provides no additional properties to the `Document` interface.

## Methods

### createEvent()

JavaScript 1.5

Nav6

#### Syntax

```
var x = document.createEvent(eventClass)
```

The `createEvent()` property of `document` returns a new event, uninitialized, to the script. The first argument may be several different values: `"HTMLEvents"` for HTML events (load, unload, and so on), `"UIEvents"` for generic user interface events, `"MutationEvents"` for document mutation events, or `"KeyEvents"` for generic key events.

In any case, upon creating the event, you should use the appropriate initialization method (`initEvent()`, `initKeyEvent()`, `initMouseEvent()`, and so on) to correctly set the event's parameters.

## Events in Netscape and Internet Explorer

This section lists all events you may typically find in a browser. The events you can use as HTML attributes, you simply prefix with the letters "on". There are only a few here that the W3C has officially approved for HTML 4 and XHTML 1. Likewise, there are only a few (all mutation events) for which no browser recognizes a corresponding HTML attribute.

To find an actual event name, simply remove the first two letters, the "on" portion (if they are in the event name). This list would be alphabetically organized, if all event handlers had the "on" prefix.

> **Caution**
> There are a lot of event handlers—and correspondingly, event types—in this section. However, not all event handlers in this section are in the W3C's HTML or XHTML Recommendations. In some cases, to maintain compliance with (X)HTML, you will have to add event listeners to the targets you have in mind in order to act on these events.

## abort

JavaScript 1.1+, JScript 3.0+

Nav3+, IE4+

The `abort` event fires whenever a user halts the downloading of an image. Typically, this happens when the user clicks the Stop button on his browser before the image has finished loading.

## activate

JScript 5.5+

IE5.5+

The `activate` event fires whenever the `this` element is set as the active element of the document. See the `activeElement` property of `document` (in Chapter 23, "HTMLDocument/document") for details.

## afterprint

JScript 5.0+

IE5+

The `afterprint` event fires after the computer has served the document for printing or after the computer has released a Print Preview mode for the document.

The `beforeprint` event precedes this one; in a printing routine call (such as `window.print()`), the `beforeprint` event will fire, and then the document will print, and then the `afterprint` event will fire.

Microsoft recommends using these two events to prepare a document for printing, and then to restore the document to its original state.

### beforeactivate

JScript 5.5+

IE5.5+

The `activate` event fires just before the `this` element is set as the active element of the document. The concept is to allow a Web page to prevent the element from becoming the active element. See the `activeElement` property of `document` (in Chapter 23) for details.

### beforecopy

JScript 5.0+

IE5+

The `beforecopy` event fires just before copying the `this` object to the system Clipboard. This allows you to use Internet Explorer's proprietary methods to alter what the Clipboard receives, or alter the document itself.

### beforecut

JScript 5.0+

IE5+

The `beforecut` event fires just before the cutting of the `this` object to the system Clipboard. This allows you to use Internet Explorer's proprietary methods to alter what the Clipboard receives, or alter the document itself.

### beforedeactivate

JScript 5.5+

IE5.5+

The beforedeactivate event fires just before the this element stops being the active element of the document. See the activeElement property of document (in Chapter 23) for details.

### beforeeditfocus

JScript 5.5+

IE5.5+

The `beforeeditfocus` event fires just before the `this` element can be edited. This applies primarily to `HTMLInputElement` and `HTMLTextAreaElement` objects, but when the `designMode` or `contentEditable` properties are set to `true` on any element, this event also applies to that element.

## beforepaste

JScript 5.0+

IE5+

The `beforepaste` event fires just before the pasting from the Clipboard of the `this` object to the system Clipboard. This allows you to use Internet Explorer's proprietary methods to alter what the document receives.

## beforeprint

JScript 5.0+

IE5+

The `beforeprint` event fires before the computer has served the document for printing or before the computer has released a Print Preview mode for the document.

The `afterprint` event follows this one; in a printing routine call (such as `window.print()`), the `beforeprint` event will fire, and then the document will print, and then the `afterprint` event will fire.

Microsoft recommends using these two events to prepare a document for printing, and then to restore the document to its original state.

## beforeunload

JScript 3.0+

IE4+

The `beforeunload` event fires just before the document begins to unload for any reason.

There are known bugs with `window.setTimeout()` being in place even when you have a `window.clearTimeout()` in place in the `onunload` event handler. You can use the `beforeunload` event to do the cleanup in Internet Explorer, and `unload` to do the same cleanup in Netscape.

### blur

JavaScript 1.0+, JScript 3.0+

Nav2+, IE4+

HTML 4

The `blur` event fires when the `this` object loses focus. (Recall that a `window` can lose focus while an element in its `document` can retain focus.)

### bounce

JScript 3.0+

IE4+

The `bounce` event fires when the `this` element (a marquee element) has its text bounce off either end. See Chapter 28, "Text Formatting Elements," for details.

### change

JavaScript 1.0+, JScript 1.0+

Nav2+, IE3+

HTML 4

The `change` event fires when the `value` or `selectedIndex` property of the `this` element, a form control, changes.

### click

JavaScript 1.0+, JScript 3.0+

Nav2+, IE4+

HTML 4

The `click` event fires when the `this` object receives a click from the mouse. This represents a mouse click. The `mousedown` and `mouseup` events precede this event for Netscape 4.x browsers; they currently do not work for links in Netscape 6.0 browsers, but Netscape 6.1 re-enables them. For Internet Explorer browsers, `mousedown` precedes `click`, which `mouseup` follows.

The `detail` property reflects the number of clicks on the target node.

Also, the `contextmenu` event reacts to right clicks after the `click` event.

### contextmenu

JavaScript 1.5, JScript 5.0+

Nav6.1+, IE5+

The `contextmenu` event fires when the `this` object receives a right-click from the mouse. The `detail` property reflects the number of clicks on the target node.

Also, the click event reacts to right clicks before the contextmenu event.

### controlselect

JScript 5.5+

IE5.5+

The `controlselect` event fires on an element with `contentEditable` (see Chapter 21, "HTMLElement," for details) enabled, when the user selects the `this` element. Basically, it allows the user to select the element(s) whose content they want to edit.

### copy

JScript 5.0+

IE5+

The `copy` event fires when the user copies a selection to the Clipboard from the document.

### cut

JScript 5.0+

IE5+

The `cut` event fires when the user cuts a selection to the Clipboard from the document.

### dblclick

JavaScript 1.2+, JScript 3.0+

Nav4+, IE4+

HTML 4

The `dblclick` event fires when the `this` object receives a pair of rapid clicks from the mouse. This event typically fires after all other mouse-related events could possibly fire on the element.

### deactivate

JScript 5.5+

IE5.5+

The `deactivate` event fires whenever the `this` element is no longer the active element of the document. See the `activeElement` property of `document` (in Chapter 23) for details.

### DOMAttrModified

JavaScript 1.5

Nav6

Not recognized as an HTML attribute

The `DOMAttrModified` event fires when the `this` element has an attribute, such as `id`, changed.

### DOMCharacterDataModified

JavaScript 1.5

Nav6

Not recognized as an HTML attribute

The `DOMCharacterDataModified` event fires when the `this` object's character data (discussed in Chapter 20, "Core DOM Objects," under `CDATASection`) changes.

### DOMNodeInserted

JavaScript 1.5

Nav6

Not recognized as an HTML attribute

The `DOMNodeInserted` event fires when the `this` object has a child node added to it.

### DOMNodeRemoved

JavaScript 1.5

Nav6

Not recognized as an HTML attribute

The `DOMNodeRemoved` event fires when the `this` object has a child node removed.

**drag**

JScript 5.0+

IE5.0+

The drag event fires whenever the mouse button is down and the mouse is moving to drag a selection. Although the text you are attempting to drag may not always move with your mouse, the drag event continues to fire as if you were actually performing a drag.

The sequence of events for a drag and drop series of events in Internet Explorer is dragstart, drag, dragend, drop. An extra event sequence, when the mouse is passing through a drop target, is dragenter, dragover, dragleave.

**dragdrop**

JavaScript 1.2–1.3

Nav4.00–4.78

The dragdrop event (unrelated to all other drag and drop events in this chapter) fires whenever a user drags an item from another window into the current window. For instance, if a user drags an HTML file icon from the desktop into the browser window, the dragdrop event fires and the browser attempts to load the HTML file.

**dragend**

JScript 5.0+

IE5.0+

The dragend event fires whenever the mouse button releases a selection. Although the text you are attempting to drag may not always move with your mouse, the dragend event fires as if you were actually performing a drag.

The sequence of events for a drag and drop series of events in Internet Explorer is dragstart, drag, dragend, drop. An extra event sequence, when the mouse is passing through a drop target, is dragenter, dragover, dragleave.

**dragenter**

JScript 5.0+

IE5.0+

The dragenter event fires whenever the mouse pointer enters a valid drop target while the mouse is dragging something. Although the text you are attempting to drag may

not always move with your mouse, the `dragenter` event fires as if you were actually performing a drag.

The sequence of events for a drag and drop series of events in Internet Explorer is `dragstart`, `drag`, `dragend`, `drop`. An extra event sequence, when the mouse is passing through a drop target, is `dragenter`, `dragover`, `dragleave`.

### dragleave

JScript 5.0+

IE5.0+

The `dragleave` event fires whenever the mouse pointer leaves a valid drop target while the mouse is dragging something. Although the text you are attempting to drag may not always move with your mouse, the `dragleave` event fires as if you were actually performing a drag.

The sequence of events for a drag and drop series of events in Internet Explorer is `dragstart`, `drag`, `dragend`, `drop`. An extra event sequence, when the mouse is passing through a drop target, is `dragenter`, `dragover`, `dragleave`.

### dragover

JScript 5.0+

IE5.0+

The `dragover` event fires continuously whenever the mouse pointer is over a valid drop target while the mouse is dragging something. Although the text you are attempting to drag may not always move with your mouse, the `dragover` event fires as if you were actually performing a drag.

The sequence of events for a drag and drop series of events in Internet Explorer is `dragstart`, `drag`, `dragend`, `drop`. An extra event sequence, when the mouse is passing through a drop target, is `dragenter`, `dragover`, `dragleave`.

### dragstart

JScript 5.0+

IE5.0+

The `dragstart` event fires whenever the mouse button begins dragging a selection. Although the text you are attempting to drag may not always move with your mouse, the `dragstart` event fires as if you were actually performing a drag.

The sequence of events for a drag and drop series of events in Internet Explorer is `dragstart`, `drag`, `dragend`, `drop`. An extra event sequence, when the mouse is passing through a drop target, is `dragenter`, `dragover`, `dragleave`.

## drop

JScript 5.0+

IE5.0+

The `drop` event fires whenever the mouse button releases a selection on a valid drop target. Although the text you are attempting to drag may not always move with your mouse, the `drop` event fires as if you were actually performing a drag.

The sequence of events for a drag and drop series of events in Internet Explorer is `dragstart`, `drag`, `dragend`, `drop`. An extra event sequence, when the mouse is passing through a drop target, is `dragenter`, `dragover`, `dragleave`.

## error

JavaScript 1.1+, JScript 1.0 (window), JScript 3.0+

Nav3+, IE3 (window), IE4+

HTML 4

The `error` event has two different purposes. For images and programmable elements (except `<script />`; see Chapters 30 and 31, "Image Elements" and "Programmable Elements," respectively), the `onerror` event handler fires when the browser cannot load the corresponding file named by the `src` attribute.

For the `window` object, it fires for JavaScript errors in general. This can be very useful for creating generic error handling routines prior to the `try...catch` statement of Chapter 11, "The Global Object and Statements."

Netscape 4 and Internet Explorer give three arguments to a `window.onerror` event handler. The first argument is a string identifying the error message. The second is a string identifying the file registering the error. The third is a number representing the line number of the file where the error occurred.

Netscape 6 follows a different path, one I mentioned earlier. It passes one argument, an `Event` object. Nonetheless, for Netscape 6, the `Error()` object and the `try...catch` and `throw` statements are preferable. See Chapters 10 and 11, "Error()" and "The Global Object and Statements" respectively, for details.

> **Note**
> Future versions of Netscape (such as 6.5, based on Mozilla 1.0) will revert to the Netscape 4.x `window.onerror` behavior for error tracking.

However, you must watch out for using the `try...catch` statement and the `window.onerror` event handler in the same window! I have discovered, to my disappointment, a `try...catch` statement is not protected against interference by the `onerror` event handler. Listing 32.13 demonstrates this danger.

**Listing 32.13** *Don't Mix* `try...catch` *with* `onerror`

```
<?xml version="1.0" ?>
<!DOCTYPE html PUBLIC "-//W3C//DTD XHTML 1.0 Transitional//EN"
➥"DTD/xhtml1-transitional.dtd">
<html xmlns="http://www.w3.org/1999/xhtml" >
<head><title></title>
<script language="JavaScript" type="text/javascript">
<!--
// Suppose this were in a library.js file.
errCode = 0

function errorHandler() {
  errCode++
  return true
  }

window.onerror = errorHandler
//-->
</script>
</head>
<body>
<script language="JavaScript" type="text/javascript">
<!--
errCode = 0

try {
  var x = "A".toNumber()
  }
catch(e) {
  errCode++
```

**Listing 32.13** *(continued)*

```
  }

if (errCode > 0) {
  document.write("Errors detected: " + errCode)
  }
//-->
</script>
<!-- Results:
Errors detected: 2
-->
<p>Actual errors: 1</p>
</body>
</html>
```

One engineer I chatted with for mozilla.org implied this wasn't a bug worth fixing. I think he's right in the sense that this bug is avoidable. But I still personally feel allowing `window.onerror` to act within a `try...catch` is a dangerous thing. You can use one or the other in your document, but using both in the same document is not a recommended practice.

## filterchange

JScript 3.0+

IE4+

The `filterchange` event fires when the filter, usually a transition effect, changes or completes. Filters are largely beyond the scope of this book, but you can learn about them at `http://msdn.microsoft.com/workshop/author/filter/reference/properties/transition.asp`.

> **Note**
> For the record, transitions of the sort listed in this link are not recommended for general Web design. They are a proprietary extension, which looks cool the first time you see it, but quickly grows irritating.

## finish

JScript 5.0+

IE5+

The `finish` event fires when a `marquee` element (see Chapter 28) finishes its looping of the contents.

## focus

JavaScript 1.0 (Text input), JavaScript 1.1+ (all form inputs, window), JavaScript 1.2–1.3 (Layer), JScript 3.0+

Nav2+ (Text input), Nav3+ (all form inputs, window), Nav4 (Layer), IE4+

HTML 4

The `focus` event fires when the `this` object receives focus. One of the most common uses of this event is to continuously prevent focus from staying on `this`:

```
targetObject.onfocus = function () { this.blur() }
```

## focusin

IE6

The `focusin` event fires just before the `this` element receives focus.

## focusout

IE6

The `focusin` event fires just as another element takes focus from the `this` element. Note this is not the same as the `blur` event, which fires when an object loses focus unconditionally.

## help

JScript 3.0+

IE4+

The `help` event fires when the `this` element is the `activeElement` of the document, and the user presses the F1 key. (The F1 key traditionally is the help key in Windows.) I would recommend using `help` to present a miniature pop-up window with a detailed help section, should a ToolTip prove inadequate. (Too bad it's not part of the W3C events model.)

### keydown

JavaScript 1.2+, JScript 3.0+

Nav4+, IE4+

HTML 4

The `keydown` event fires when the user initially depresses a key. The sequence of events for a key pressing series of events in Internet Explorer is `keydown`, `keypress`, `keyup` (though you may have multiple `keypress` events for a given key press).

### keypress

JavaScript 1.2+, JScript 3.0+

Nav4+, IE4+

HTML 4

The `keypress` event fires repeatedly while the user has a key depressed. The sequence of events for a key pressing series of events in Internet Explorer is `keydown`, `keypress`, `keyup` (though you may have multiple `keypress` events for a given key press).

### keyup

JavaScript 1.2+, JScript 3.0+

Nav4+, IE4+

HTML 4

The `keyup` event fires when the user releases a key. The sequence of events for a key pressing series of events in Internet Explorer is `keydown`, `keypress`, `keyup` (though you may have multiple `keypress` events for a given key press).

### load

JavaScript 1.0+, JScript 3.0+

Nav2+, IE3+

HTML 4

The `load` event fires when the `this` object completes loading in the browser. This is a very important event for the `window` object, particularly for framed documents (see Chapter 15, "`window`" for details).

Unfortunately, there is no property in JavaScript telling you the page has loaded. I therefore often set a property in the `onload` event handler of the `document.body`:

```
<body onload="loaded = true">
```

Internet Explorer also exposes this event for script elements. This is a highly useful concept the W3C HTML recommendations do not support.

> **Note**
> The `onload` event handler is defined for the `HTMLBodyElement` and `HTMLFramesetElement` objects in HTML 4; when you see these, they actually apply to the `window` object.

## losecapture

JScript 5.0+

IE5+

The `losecapture` event fires whenever the `this` element has mouse capture set on it (see "Mouse Capture in Internet Explorer" earlier in this chapter) and after all other mouse events for the `this` element have fired for the most recent mouse actions. Essentially, in the train of mouse events, the `losecapture` event is always the caboose, often providing "cleanup" for mouse capturing.

## mousedown

JavaScript 1.0+, JScript 3.0+

Nav2+, IE4+

HTML 4

The `mousedown` event fires when the user's mouse button depresses on the `this` object. The `mousedown` and `mouseup` events precede the `click` event for Netscape 4.x browsers; `mouseup` currently does not work for links in Netscape 6.0 browsers, but returns for Netscape 6.1. For Internet Explorer browsers, `mousedown` precedes `click`, which `mouseup` follows.

## mouseenter

JScript 5.5+

IE5.5+

The `mouseenter` event fires when the mouse pointer enters the `this` object. Note this does not fire if the mouse pointer begins over the `this` object as it renders on the screen; it is the act of entering the object that fires the event.

## onmouseleave

JScript 5.5+

IE5.5+

The `mouseleave` event fires when the mouse pointer leaves the `this` object. Note this does not fire if the mouse pointer begins outside the `this` object as it renders on the screen; it is the act of leaving the object that fires the event.

> **Caution**
> This event waits until you are completely outside the `this` element before firing. By contrast, `onmouseout` fires when you move over a child element of the `this` object as well. Listing 32.12 demonstrates this.

## mousemove

JavaScript 1.2+, JScript 3.0+

Nav4+, IE4+

The mousemove event fires when the mouse pointer moves over the this object. This event is not cancelable.

Because this happens very frequently, it's generally inadvisable to use code like this:

```
document.onmousemove = function() { alert("Hello World!") }
```

However, it is entirely appropriate to use this code to create mouse trails. There are several such scripts available on the World Wide Web. One of them resides at `http://www.wsabstract.com/script/script2/cursortrail.shtml`.

## mouseout

JavaScript 1.1+, JScript 3.0+

Nav3+, IE4+

HTML 4

The `mouseout` event fires when the mouse pointer leaves the `this` object. The element it enters is the event's `relatedTarget`.

> **Caution**
> This event fires when you move over a child element of the `this` object as well. By contrast, `onmouseleave` waits until you are completely outside the `this` element. Listing 32.12 demonstrates this.

This event typically precedes the `mouseleave` event. You'll often see this event in "rollovers" (including much less complex versions of Listing 32.10) and for hypertext ToolTips (images, clickable links, and so on, when your mouse passes over an element).

### mouseover

JavaScript 1.1+, JScript 3.0+

Nav3+, IE4+

HTML 4

The `mouseover` event fires when the mouse pointer enters the `this` object. The element it leaves is the event's `relatedTarget`.

This event typically precedes the `mouseenter` event. You'll often see this event in "rollovers" (including much less complex versions of Listing 32.10) and for hypertext ToolTips (images, clickable links, and so on, when your mouse passes over an element).

### mouseup

JavaScript 1.0+, JScript 3.0+

Nav2+, IE4+

HTML 4

The `mouseup` event fires when the user's mouse button releases on the `this` object. The `mousedown` and `mouseup` event precede the `click` event for Netscape 4.x browsers; `mouseup` currently does not work for links in Netscape 6.0 browsers, but returns for Netscape 6.1. For Internet Explorer browsers, `mousedown` precedes `click`, which `mouseup` follows.

## mousewheel

IE5

The `mousewheel` event fires when the user's mouse wheel rotates. It includes a special property, `wheelDelta`, to indicate the amount of scroll. (Calculus fans will recall delta means change—the mouse wheel often tells the browser to scroll the window, thus changing the y-position of the page.) Positive values for this property mean an upward scroll of the document; negative values indicate a downward scroll. The larger the property's absolute value, the more the user moved the wheel.

## move

JavaScript1.2+, JScript 5.5+

Nav4+, IE5.5+

The `move` event fires when the `this` object moves. To give you an idea of how this works, try running Listing 32.14, which moves an `HTMLDivElement` around the screen.

**Listing 32.14** *The `move` Event and Coordinates*

```
<html>
<!-- Not XHTML 1.0. For Internet Explorer 5.5 only. -->
<head><title></title>
<style type="text/css">
<!--
     .me {
     position:absolute;
     top:100px;
     left:100px;
     width:20px;
     height:20px;
     background-color:#7f7fff;
   }
-->
</style>
<script language="JavaScript" type="text/javascript">
<!--
function mover() {
  me.style.left = event.clientX
  me.style.top = event.clientY
  }
```