# EXHIBIT 17

SECURITY

*Captchas can provide an easily programmable way to tell computers from humans and keep spammers and bots away from e-commerce systems.*

Clark Pope and Khushpreet Kaur



# Is It Human or Computer? Defending E-Commerce with Captchas

A Captcha—a completely automatic public Turing test to tell computers and humans apart—is a test that humans can pass but computer programs cannot; such tests are becoming key to defending e-commerce systems. Without them, spammers can, for example, write simple automated scripts to create hundreds of free e-mail accounts with a single command. The e-mail service provider can choose not to validate the information supplied by uses, but ends up with thousands of useless accounts. On the other hand, the provider can assume the extra burden of validating this information, but risks crippling its systems with the extra burden that validation requires.

By inserting a Captcha into the login and user creation process, system administrators can defeat these automated scripts and have some assurance that an actual human is associated with the account. Similarly, Captchas are also useful in defending online shopping or auction sites by preventing spammers from posting irrelevant or bogus bids to prevent other buyers from purchasing products.

Captchas are a modern implementation of the *Turing test*, which asks a series of questions of two players: a computer and a human. Both players pretend to be human and try to mislead the judge. Based on the answers given, the judge has to decide which one is human and which is a computer.

**Inside**

Glossary
More About Captchas

Captchas are similar to the Turing test in that they distinguish computers from humans, except that, with a Captcha, the judge is also a computer. Captchas also differ from the Turing test because they work on a variety of sensory inputs, whereas the Turing test is conversational.

Captchas come in several different types. Most generally, the Captcha is simply an image composed of pseudorandom letters and numbers placed either in front of an obfuscating background or run through some degradation algorithm to make optical character recognition (OCR) of the final image impractical.

## HISTORY

AltaVista was the first to use a simple Captcha that generated images of random text. It used the Captcha to prevent users from abusing its free-URL submission utility. Andrei Broder, AltaVista chief scientist, and his colleagues patented the technology in 2001. The AltaVista Captcha reduced abuse by 95 percent (http://msdn.microsoft.com/library/default.asp?url=/library/en-us/dnaspp/html/hip_aspnet.asp).

In 2000, Udi Mamber of Yahoo was looking for ways to prevent bots from joining the online chat rooms to post advertisements. Researchers at Carnegie Mellon University took up the problem and proceeded to quantify desirable characteristics of Captchas as well as generate several types, including the Gimpy type described later. The Xerox Palo Alto Research Center (PARC) also actively continues to study Captchas. PARC researchers have most recently developed Baffle

1520-9202/05/$20.00 © 2005 IEEE Published by the IEEE Computer Society

Authorized licensed use limited to: Columbia University Libraries. Downloaded on March 19,2026 at 01:00:36 UTC from IEEE Xplore. Restrictions apply.

GOOG-NOBOTS-PA-00014342

## Glossary

- *Bongo.* A type of Captcha that requires the user solve a visual pattern recognition problem.
- *Baffle Text.* Similar to a Gimpy Captcha, Baffle text differs in presenting pronounceable pseudowords.
- *Captcha.* This name is short for Completely Automatic Public Turing Test to Tell Computers and Humans Apart.
- *Gimpy.* A type of Captcha that is based primarily on distorted text.
- *OCR.* Optical character recognition is the process of automatically generating text from images.
- *Pix.* A type of Captcha that requires the user to associate images of everyday objects with a single category or phrase.
- *Pessimal Print.* Similar to Baffle Text, Pessimal Print relies heavily on degradations, such as the introduction of noise, to defeat OCR techniques.

Figure 1. Sample Gimpy Captchas.




Figure 2. Sample Bongo Captcha.



Text and Pessimal Print, which is

> ...a Captcha that uses a model of document image degradations that approximates ten aspects of the physics of machine-printing and imaging of text. This model included spatial sampling rate and error, affine spatial deformations, jitter, speckle, blurring, thresholding, and symbol size (http://www2.parc.com/istl/projects/Captcha/).

Meanwhile, Captchas are enjoying increasing adoption by Internet service providers, free e-mail servers, online ticket agents, online auction sites, and file-sharing sites. Tools and services are now readily available to generate and incorporate Captchas in your own Web site or Web service.

### TYPES OF CAPTCHAS

There are several types of Captchas used today. The following summarizes the most popular types.

#### Gimpy

Gimpy is a type of Captcha based on optical character recognition (OCR), as the samples in Figure 1 show. It was developed in collaboration with Yahoo to protect chat rooms from spammers who were posting classified ads and writing scripts to generate free e-mail addresses.

Gimpy works by selecting several words from a dictionary and displays them, corrupted and distorted, in an image. Users must then enter the words in the image to gain entry to the service.

#### Bongo

Bongo is based on a visual pattern recognition problem. As Figure 2 shows, a Bongo Captcha uses two sets of images; each set has some specific characteristic. One set might be boldface, for example, while the other is not. The system then presents a single image to the user who then must specify the set to which the image belongs.

Because the number of possible solutions is small, this particular Captcha is not very robust to brute-force guessing. However, a system could cascade multiple Bongo Captchas to reduce the probability that a computer script would successfully guess the correct answer.


Authorized licensed use limited to: Columbia University Libraries. Downloaded on March 19,2026 at 01:00:36 UTC from IEEE Xplore. Restrictions apply.

### PIX

The Pix Captcha uses a large database of photographic and animated images of everyday objects; Figure 3 presents several samples. The Captcha system then presents a user with a set of images, all associated with the same object or concept. The user must then enter the object or concept to which all the images belong. For example, the program might present pictures of a globe, volleyball, planet, and baseball, expecting the user to correctly associate all these pictures with the word "ball."

### Sound

Audio Captchas generally take a random sequence drawn from recordings of simple words or numbers, combine them, and add some distortion and noise. The Captcha system then asks a user to enter the words and/or numbers in the recording. Audio Captchas are specifically designed to be difficult to solve with speech recognition software.

### Baffle Text

Baffle Text, shown in Figure 4, is Xerox PARC's version of the Gimpy test. Baffle text uses small pseudorandom, pronounceable words to defeat dictionary attacks. It exploits Gestalt psychology, which posits that humans are very good at filling in missing portions of an image while computers are not.

### Pessimal Print

Pessimal Print works by pseudorandomly combining a word, font, and a set of image degradations to generate images like the ones in Figure 5. They are not very different from Baffle Text and Gimpy, except that researchers specifically focus on degradations that cause OCR to fail. Research on Pessimal Print has led to improved OCR software and Captchas.

**Figure 3. Sample Pix Captcha for the concept block.**



**Figure 4. Sample Baffle Text Captcha.**




**Figure 5. Sample Pessimal Print Captcha.**




### CHARACTERISTICS

Regardless of the type, good Captchas share many common characteristics. First, they are amenable to completely automated processes for generating and grading tests. Obviously, a Captcha that requires human intervention or involvement would be impractical for large-scale deployment.

Second, the code, data, and algorithm must be public. Like cryptographic systems, Captchas benefit from peer review, which is usually successful at identifying weaknesses. This also allows researchers to compete with each other in attempts to find Captchas with increasing levels of security.

Third, good Captchas rely on a completely random system of generation based on choosing files from a database consisting of many names, images, and other files. The database used to create the Captchas should not contain the solutions, because hackers could crack the database and obtain the test solutions. It is also important that the computer program generating the Captchas not be able to also solve them. If it did, it would be possible for hackers to exploit the program to solve its own Captchas.

To reduce the server load, the client should perform Captcha validation. Similarly, to handle many simultaneous submissions to the Captcha server, the system should account for the machine identity of the entity taking the



Authorized licensed use limited to: Columbia University Libraries. Downloaded on March 19,2026 at 01:00:36 UTC from IEEE Xplore. Restrictions apply.

## More About Captchas

- **Carnegie Mellon School of Computer Science Web site (http://www.Captcha.net): Posts general information on Captchas and Captcha technology.**
- **Xerox Palo Alto Research Center (http://www2.parc.com/istl/projects/captcha/):**
- **Captchas.net (http://captchas.net): Offers a free Captcha service for noncommercial users.**
- **Java Captchas (http://jcaptcha.sourceforge.net): An open source project.**
- **reCaptcha Identification Techology (http://www.crt.realtors.org/projects/reCaptcha/): Software package for integrating Captchas into a Web site.**
- **HumanVerify (http://www.humanverify.com): Provides source code to generate and include Captchas into a site.**
- **"Computer Machinery and Intelligence," Alan M. Turing, *MIND*, vol. 49, 1950: The paper that first proposed ideas that later became known as the Turing test.**
- **"Captcha: Using Hard AI Problems For Security," Luis von Ahn and colleagues, *Proc. Advances in Cryptology—EUROCRPYT 2003: Int'l Conf. Theory and Applications of Cryptographic Techniques*, LNCS 2656, Springer-Verlag, 2003.**
- **"Telling Humans and Computers Apart," Luis von Ahn and colleagues, *Proc. Advances in Cryptology—EUROCRPYT 2003: Int'l Conf. Theory and Applications of Cryptographic Techniques*, LCNS 2656, Springer-Verlag, 2003.**
- **"Recognizing Objects in Adversarial Clutter: Breaking a Visual Captcha," Greg Mori and Jitendra Malik, *Proc. IEEE Conf. on Computer Vision and Pattern Recognition*, IEEE Press, 2003.**
- **"Human Interactive Proofs and Document Image Analysis," Henry S. Baird and Kris Popat, *Proc. 5th Int'l Workshop Document Analysis Systems V*, DAS 2002, LCNS 2423, Springer-Verlag, 2002.**
- **"Using Character Recognition and Segmentation to Tell Computer from Humans," Patrice Y. Simard and colleagues, *Proc. 7th Int'l Conf. Document Analysis and Recognition*, IEEE CS Press, 2003.**

Captcha test. Ideally, Captcha validation should employ the global unique identifier (GUID); this ensures that only the computer that was sent the Captcha can produce a valid solution.

Finally, effective Captchas should be immune to brute-force guessing attacks. This means that the Captcha solution must occupy a space large enough so that simple dictionary attacks become impractical. This is why many of Captchas use pseudorandom, but pronounceable words: The words are easy to read, but they don't exist in any dictionary.

### APPLICATIONS

Captchas have been used to prevent Web crawlers and bots from participating in online polls. System administrators accomplish this by inserting the Captcha into the vote submission process. This mechanism, of course, does not prevent individuals from voting multiple times.

Many free e-mail service providers like Yahoo and MSN Hotmail use Captchas to prevent spammers from creating accounts using automated scripts. For example, if a site merely requires that the user fill out and submit an online form to register, a spoofer can simply generate the HTTP POST message containing the various fields in the form and then generate and submit hundreds of account applications by slightly modifying the username for each POST message. Or more simply, if the target system uses the GET method to submit registration data, all the spoofer has to do is copy the URL from his Web browser after applying for the first account, slightly modify the username, and hit return to create a second account, and so on.

Some systems use Captchas in place of a user account and password for pseudopublic files such as research papers and shareware programs. This prevents people from downloading and archiving an entire Web site or ftp server. Such a defense is more efficient than having to create, store, and maintain possibly hundreds of thousands of user accounts. Internet service providers, like Earthlink, have started using Captchas to validate the senders of incoming e-mails to prevent the spread of worms and spam. For example, adding a person to a customer's "allowed senders" list requires that person solve a simple Captcha.

This challenge-response form of battling spam is in contrast to some of the Bayesian filter methods, such as POPFile, that basically scan and classify incoming mail based on user preferences and training. The challenge-response solution to spam is more successful than Bayesian methods at the expense of inconveniencing new senders to a particular address. (Although, some spammers now hijack another person's address book to generate messages from known senders.)

Finally, administrators have used Captchas to keep Web spiders from indexing sites for search engines like Google. Frequently, administrators don't want to admit Web spiders to their site because the site contains personal or private information that should not be searchable. Sometimes, they simply don't want the extra system load caused by all the spiders running across the Internet.


Authorized licensed use limited to: Columbia University Libraries. Downloaded on March 19,2026 at 01:00:36 UTC from IEEE Xplore. Restrictions apply.

## EXAMPLES

In 1997, Andrei Broder and his colleagues at DEC Systems Research Center created the first Captcha to prevent abusive and automated URL submissions to the AltaVista search engine.

Yahoo! Uses the EZ-Gimpy Captcha (developed at Carnegie Mellon University) to protect online services, including free e-mail account registrations. Ticketmaster uses Captchas to prevent scalpers from generating automated runs on high-value tickets. Earthlink's Spam Blocker uses Captchas to challenge e-mail senders trying to gain access to a recipient's "allowed senders" list.

Many file download sites use Captchas to prevent bots from downloading and archiving the entire file library.

**Figure 6. Captcha processing.**




## ADVANTAGES AND DISADVANTAGES

The main advantage of Captchas is that they are effective at defeating spammers, spoofers, search engine crawlers, and virtually all automated programs that might try to access a site or service. They do this in a relatively automatic way that is considerably cheaper than the available alternatives, such as requiring users to call a human to obtain access to a resource.

However, the use of Captchas has several disadvantages. Captchas are unfriendly for the disabled and visually impaired, though research continues on audio Captchas to alleviate this problem. Such systems also require a large image library, server, and software to generate the Captchas. The times to generate, display, and grade the Captchas increases the load on the server and presents delays to the user. Captchas are only moderately difficult to work around. For example, a hacker can program a bot to log all sites presenting Captchas so that a human user can later solve the Captchas. Captchas impose an accessibility problem and annoyances on genuine users.

## CREATING AND USING CAPTCHAS

The easiest way to create a Captcha is manually, using any image editing software. The key to a successful Captcha is to have a background pattern and alphabet that is difficult or impossible for image processing software to read but is easy for a human to read. This is the slowest and least secure method, because it necessarily results in a finite number of images.

The Web site http://captchas.net serves free Captchas to Web site operators. The user Web site and captchas.net share a secret key. When the Web site requests a Captcha, it sends a random string to captchas.net, which then calculates a password and sends the image and the image solution using an MD5 (Message Digest 5) encryption mechanism. The service is free for noncommercial use.

You can also use local software to generate Captchas dynamically. The reCaptcha project uses a program, written as a Java servlet, to provide many customizations to Captchas for inclusion into a Web site. EZ-Gimpy, provided by Carnegie Mellon, generates Gimpy style Captchas. HumanVerify.com provides software and support for the integration of Captchas.

There are now several Web sources that provide source code in Active Server Pages, PHP, Perl, and so on. This code permits users to generate their own Captchas. To employ some of these tools, it's important to understand how a typical Captcha system operates.

Regardless of the setup, most systems that employ Captchas process them in the way shown in Figure 6. First, a designer and/or administrator must construct a Web site and host it using Apache or Microsoft Internet Information


Authorized licensed use limited to: Columbia University Libraries. Downloaded on March 19,2026 at 01:00:36 UTC from IEEE Xplore. Restrictions apply.

**Figure 7. Sample HTML for implementing Captcha use.**

```
<form id="captcha" method="post" action="val_cap.php">
<table align="left" border="0" cellpadding="0" cellspacing="0"
  width="350">
<tbody>
<tr>
<td align="center"> <input src="gen_cap.php" type="image"></td>
</tr>
<tr>
<td align="right" width="100">
<div class="text3"><b>Enter text from image:  </b></div>
</td>
<td align="left" width="170"><input size="12"
  name="captcha_text" length="40" type="text"></td>
</tr>
<tr>
<td align="center"> <input type="submit" value="Submit"></td>
</tr>
</tbody>
</table>
</form>
```

Server (IIS), for example. Any Web server is fine but the choice will impact which database software and scripting languages are easiest to use. For example, Apache with MySQL and PHP scripting is a popular combination.

Next the administrator creates a user login and registration form. These ubiquitous forms contain text entry boxes to collect personal information and to specify a user name and password for the new account; they also have a large submit button. Normally, the data would just go to a PHP script that would validate the personal information and store it to a database and then create the new user account. Employing the Captcha, however, requires an image and an additional text entry box. Figure 7 shows HTML for a simple form containing just the Captcha, and text entry and submit boxes.

There are two options for sending the Captcha image. The server can generate the image and include it in the initial request for the login and registration form. But this requires that the server also perform the Captcha validation, because there is no secure way to transmit the solution in the same HTTP GET message. This would also require state information in the sense that the server would have to remember whom it submitted the Captcha to and the solution. As mentioned previously, it is a bad idea to store Captcha solutions in the hacking-prone server database. As an alternative, the server generally posts the form with an image link that point to another script file. We boldface this script, gen_cap.php, in Figure 7.

When the browser parses the HTML form statements, it immediately tries to retrieve the image by getting the script URL. When the server side script runs, it performs several functions. First, it creates a random string of letters and numbers. It then selects a background image from its local database of images. The text string and image then go to an image processing server, such as Gimp, which performs the function of painting the text onto the background and returns the image to the server side script. The script then returns the image to the Web browser and posts a cookie to the machine containing the calculated hash value.

It's important to understand the hash value's role. Any cryptographic system must always hide the clear-text solutions from the user or encrypt them when sending them to the user. To hide the clear-text solution, the server would have to store it securely and remember the user to which it applies. As mentioned, this sort of state information is inefficient. A hash function is essentially a one-way trap door. It is a mathematical operation that processes a string of data to produce a new value that has the following characteristics:

- Given the hash value, it is impossible to determine the original string that produced it.
- No two strings produce the same hash value or, at least, it's very improbable that two such strings exist.

It is these properties of the hash that allows the server to store the Captcha solution at the client, without concern for hackers. Some popular hash algorithms are SHA1 (Secure Hash Algorithm 1) and MD5. Hashes are also preferable to encryption for Captcha applications because they are easier to calculate and don't require an encryption or decryption key.

Because the system stores the solution at the client, the cookie file is vulnerable to attack. Since the server does not record the solution to the Captcha, a hacker who knows which hash algorithm the system is using could generate his own random string, calculate the hash, and replace the text in the cookie file with the new hash value. When the hacker then submits the form, it presents the string that he used to calculate the hash to the server. The server then performs the hash calculation, verifies that the hash matched, and allows the hacker access.

To prevent this intrusion, Captcha systems append the random string at the server with some unique key or identification number that only the server knows. Similarly, during validation, the system appends the Captcha solution that the user submitted with same key. Since the hacker doesn't have the unique key, he is unable to produce his own bogus string-hash combinations.

When the user enters the Captcha solution and submits the form, the server can calculate the hash based on the user input and retrieve the cookie containing the hashed solution. If the two values match, then the user has passed


Authorized licensed use limited to: Columbia University Libraries. Downloaded on March 19,2026 at 01:00:36 UTC from IEEE Xplore. Restrictions apply.

the Captcha test. If the values do not match, then the registration process fails just as if the user had missing an input or typed an illegal input into the personal information fields.

Although Gimpy, Pessimal Print, and Baffle Text work as described, other types of Captchas require slightly different processing. An audio Captcha, for example, would likely require the user to click a URL to a sound file instead of seeing an image that the browser renders automatically. Pix and Bongo Captchas usually have only a few dozen possible solutions, so some simpler encryption algorithm can replace the hash function.

## DEFEATING CAPTCHAS

The most obvious way to defeat Captchas is by blind guessing, such as with a dictionary attack. This type of attack is especially successful if the target Web site only has a few unique or static Captchas. For example, captchas like Gimpy are more difficult to guess because the underlying text could be anything. Pix Captchas, however, generally only have a few dozen possible category words that describe the pictures. These are much easier to guess.

The more difficult solution for defeating Captchas is writing image-processing programs that duplicate the human function in the Captcha. This is very difficult since the Captchas are designed specifically to confound these attempts. Recent research, however, has had some success in fooling Captcha systems.

The final method to defeat Captchas is to fool human users into solving the tests for the automated agent. Spammers, for example, have found a way to circumvent an e-mail site's effort to prevent automated registrations for free e-mail accounts. This was possible because the spammers also controlled their own, heavily trafficked Web sites. Basically, when a user logs onto the spammer's Web site (usually a pornography site) he's asked to solve (as a part of the requirement to browse the site) the Captchas downloaded from another site, the one at which the spammer wishes to open an account. The human solves the Captcha test and provides the correct response, which the spammer then uses to open the e-mail account, which he later uses to send spam.

## FUTURE OF CAPTCHAS

Researchers at University of California, Berkeley, have developed computer programs that can automatically solve simple Captchas with 83 percent accuracy. Researchers are also in the process of developing audio Captchas that would make Captchas independent of visual perception. The current focus seems to be on human-generated Captchas that present a distorted figure of an animal at an aberrant angle. These types of picture Captchas are exceptionally difficult to solve with software.

Captcha development continues on both the offensive (programs and systems that defeat Captchas) and defensive (improved Captchas) sides. Both sides are using advanced image processing as well as dictionary-style attacks. This sort of "arms race" between researchers seeking more secure Captchas and the hackers, spoofers, and spammers trying to defeat the Captchas is likely to continue for some time. ■

*__Clark Pope__ is an electrical engineer with DRS-Signal Solutions, where he designs and develops radios for the military and other government agencies. Contact him at cepope@nc.rr.com.*

*__Khushpreet Kaur__ is currently a master's degree student in the Computer Science Department at North Carolina State University. Contact her at kkaur@ncsu.edu.*

We thank Peter Wurman of North Carolina State University; his course was the impetus for this article. We also thank Ileana Ibanescu and Renuka Chittineni whose assistance in preparing this article was invaluable.

Join the IEEE Computer Society online at
IEEE COMPUTER SOCIETY
www.computer.org/join/
Complete the online application and get
- immediate online access to ***Computer***
- a free e-mail alias — **you@computer.org**
- free access to 100 online books on technology topics
- free access to more than 100 distance learning course titles
- access to the IEEE Computer Society Digital Library for only $118

**Read about all the benefits of joining the Society at**
**www.computer.org/join/benefits.htm**



Authorized licensed use limited to: Columbia University Libraries. Downloaded on March 19,2026 at 01:00:36 UTC from IEEE Xplore. Restrictions apply.