**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| NOBOTS LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>GOOGLE LLC,<br><br>*Defendant*. | Case No. 1:22-cv-585-ABD<br><br>JURY TRIAL DEMANDED |

**JOINT CLAIM CONSTRUCTION STATEMENT**

Plaintiff Nobots LLC ("Nobots" or "Plaintiff") and Defendant Google LLC ("Google" or "Defendant") hereby submit the following Joint Claim Construction Statement.

**Disputed Constructions**

| # | Term | Proposed By | Plaintiff's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|---|
| 1 | **"repeating a)-c) and comparing the first instance of the value of d) to the second instance of the value of d)"**<br><br>**'008 Patent**, Claim 18 | Joint | "repeating b)-d) and comparing the first instance of the value of e) to the second instance of the value of e)" | Indefinite |
| 2 | **Preambles of Independent Claims 1, 16, and 22**<br><br>**'014 Patent**, Claims 1, 16, and 22 | Defendant | Plain and ordinary meaning | The preambles of the independent claims of the '014 patent are limiting as to requiring "a value indicative of a likelihood that a human or autonomic computer application is operating the client computer" (claim 1) and "a value indicating a judgment of whether a human or an autonomic computer application operating a client computer" (claims 16 and 22) |
| 3 | **"active data"**<br><br>**'014 Patent**, Claims 1, 4, 6, 9–12, 15, 16, 18, 19, 22, and 24 | Defendant | Plain and ordinary meaning with the explanation that "active data includes, without limitation, pointing device vector movements and/or cadence, key stroke combinations and/or cadence, time differentials between stimulus (e.g., display of dialog box, radio button, form field, etc., and/or generation of sound) and user response (e.g., | "data acquired from a computing device user's interactions therewith and within the computing environment where such data is not normally stored (logged) or transmitted to a remote location, including, without limitation, pointing device vector movements and/or cadence, key stroke combinations and/or cadence, time differentials |

| # | Term | Proposed By | Plaintiff's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|---|
| | | | input into dialog box, selection of radio button, completion of form field, new page display request rates, etc., and/or input response to sound), and similar metrics." | between stimulus (e.g., display of dialog box, radio button, form field, etc., and/or generation of sound) and user response (e.g., input into dialog box, selection of radio button, completion of form field, new page display request rates, etc., and/or input response to sound), and similar metrics" |
| 4 | **"passive data"**<br><br>**'014 Patent**, Claims 1, 4, 9, 11, 12, 15, 16, 18, 19, 22, and 24 | Defendant | Plain and ordinary meaning with the explanation that "passive data includes, without limitation, browser cookies, destination IP histories, originating IP address, originating IP address traffic data, originating IP address physical location, third party data regarding abusers (including originating IP addresses and physical locations), etc." | "data available from a computing device user's interactions therewith and within the computing environment where such data is normally stored (logged) or transmitted to a remote location, including, without limitation, browser cookies, destination IP histories, originating IP address, originating IP address traffic data, originating IP address physical location, third party data regarding abusers (including originating IP addresses and physical locations), etc." |

Dated: July 27, 2026

Respectfully submitted,

*/s/ Andres Healy*
Charles L. Ainsworth (Texas 00783521)
Robert Christopher Bunt (Texas 00787165)
PARKER, BUNT & AINSWORTH, P.C.
100 East Ferguson, Suite 418
Tyler, Texas 75702
Tel: (903) 531-3535

*/s/ Heather E. Takahashi*
Darryl J. Adams (TX Bar No. 00796101)
dadams@sgbfirm.com
Brian C. Banner (TX Bar No. 24059416)
bbanner@sgbfirm.com
SLAYDEN GRUBERT BEARD PLLC
401 Congress Ave., Suite 1650

charley@pbatyler.com
rcbunt@pbatyler.com

Matthew R. Berry
Andres Healy
John E. Schiltz
Eleanor Runde (*pro hac vice*)
SUSMAN GODFREY LLP
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 516-3880
Fax: (206) 516-3883
mberry@susmangodfrey.com
ahealy@susmangodfrey.com
jschiltz@susmangodfrey.com
erunde@susmangodfrey.com

***Attorneys for Nobots LLC***

Austin, Texas 78701
Telephone: 512-402-3569
Facsimile: 512-402-6865

Heather E. Takahashi (admitted in WDTX)
heather.takahashi@mto.com
Andrew T. Radsch (admitted in WDTX)
andrew.radsch@mto.com
Rebecca M. Ho (*pro hac vice*)
rebecca.ho@mto.com
Kevin Chiu (*pro hac vice*)
kevin.chiu@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: 213-683-9100
Facsimile: 213-687-3702

Evan Mann (*pro hac vice*)
evan.mann@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Telephone: 415-512-4000
Facsimile: 415-512-4077

***Attorneys for Defendant Google LLC***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of **JOINT CLAIM CONSTRUCTION STATEMENT** on July 27, 2026, via the Court's CM/ECF system.

*/s/ Rebecca M. Ho*
Rebecca M. Ho